[No. 54222-2-I.  Division One.  July 5, 2005.]

ARTHUR M. PIEHLER ET AL., *Appellants*, v. WAYNE MORRISON ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Island County, No. 03-2-00770-1, Alan R. Hancock, J., entered April 8, 2004. *Affirmed* by unpublished opinion per Cox, C.J., concurred in by Coleman and Kennedy, JJ.

[No. 54304-1-I.  Division One.  July 5, 2005.]

JAMES G. FREEMAN & ASSOCIATES, INC., ET AL., *Appellants*, v. SAFECO LIFE INSURANCE COMPANY ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 02-2-27997-0, Mary Roberts, J., entered April 23 and May 11, 2004. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Agid and Schindler, JJ.

[No. 54342-3-I.  Division One.  July 5, 2005.]

CHARLES GRIFFIN, *Appellant*, v. JOHN WESTFALL ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 02-2-24619-2, Charles W. Mertel, J., entered May 17 and 18, 2004. *Affirmed* by unpublished opinion per Cox, C.J., concurred in by Grosse and Ellington, JJ.

[No. 54427-6-I.  Division One.  July 5, 2005.]

LARRY SPOKOINY, *Appellant*, v. THE WASHINGTON STATE YOUTH SOCCER ASSOCIATION, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 04-2-01973-7, Mary Yu, J., entered June 16, 2004. *Affirmed* by unpublished opinion per Becker, J., concurred in by Coleman and Kennedy, JJ. Now published at 128 Wn. App. 794.